NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
BRIANA J. WAITE (State Bar No. 327887)
Briana.Waite@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF ANTIOCH, TAMMANY BROOKS, JAMES PERKINSON, ARTURO BECERRA, DANIEL HOPWOOD, and NICHOLAS SHIPILOV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CASSANDRA QUINTO-COLLINS, individually and as successor-in-interest to Decedent ANGELO QUINTO; and ISABELLA COLLINS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, a municipal corporation; TAMMANY BROOKS, individually; JAMES PERKINSON, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ARTURO BECERRA, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; DANIEL HOPWOOD, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; NICHOLAS SHIPILOV individually and in his official capacity as a police officer for the CITY OF ANTIOCH; and DOES 5-50, inclusive,<br><br>Defendants. | Case No. C21-6094 AMO<br><br>**NOTICE OF LODGING DIGITAL EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   December 14, 2023<br>Time:  2:00 pm<br>Dept.:  Ctrm 10, 19th Floor<br>Judge:  Araceli Martinez-Olguin |

Please take notice that Defendants lodged a thumb drive containing the following exhibits in support of Defendants' Motion for Summary Judgment:

1. 911 Call (Exhibit D)

NOTICE OF LODGING DIGITAL EXHIBITS IN SUPPORT OF DEFENDANTS' MSJ

1    2. Police Dispatch Audio (Exhibit E)

2    3. Expert Video Matrix (Exhibit H)

3    4. Maria Quinto-Collins Cell Phone Video (Exhibit N)

4    5. Screenshot of Cell Video at 2:16 minutes (Exhibit P)

5    6. Plaintiff's Re-Enactment (Exhibit AA)

The exhibits are attached to and referenced in the Declaration of Noah G. Blechman.

The undersigned attests that concurrence in the filing of this document has been obtained from the signatory listed below, which shall serve in lieu of their signature on the document.

Dated: August 3, 2023    McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP

By:   /s/ Noah G. Blechman
Noah G. Blechman
Briana J. Waite
Attorneys for Defendants
CITY OF ANTIOCH, TAMMANY BROOKS, JAMES PERKINSON, ARTURO BECERRA, DANIEL HOPWOOD, and NICHOLAS SHIPILOV

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

NOTICE OF LODGING DIGITAL EXHIBITS IN SUPPORT OF DEFENDANTS' MSJ    2