NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
BRIANA J. WAITE (State Bar No. 327887)
Briana.Waite@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF ANTIOCH, TAMMANY BROOKS, JAMES
PERKINSON, ARTURO BECERRA, DANIEL HOPWOOD,
and NICHOLAS SHIPILOV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CASSANDRA QUINTO-COLLINS, individually and as successor-in-interest to Decedent ANGELO QUINTO; and ISABELLA COLLINS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, a municipal corporation; TAMMANY BROOKS, individually; JAMES PERKINSON, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ARTURO BECERRA, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; DANIEL HOPWOOD, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; NICHOLAS SHIPILOV individually and in his official capacity as a police officer for the CITY OF ANTIOCH; and DOES 5-50, inclusive,<br><br>Defendants. | Case No. C21-6094 AMO<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled actions, through their respective counsel, as follows:

1. WHEREAS the Court issued a Docket Text entry (ECF 61) indicating that in light of

the new dispositive motion hearing date of December 14, 2023 (ECF 60), per the cross-motions, that the Court wanted the parties to meet and confer and prepare this stipulation and proposed order to set a new trial date and related pretrial date as well.

2. WHEREAS additionally, the parties need additional time to complete expert discovery, which is ongoing, as there is an extensive amount of experts in this case, and request this extension as well since trial is expected to be moved to the spring of 2024 per this stipulation.

3. WHEREAS the parties have met and conferred and have agreed upon the following scheduling changes and good cause exists to amend the operative scheduling order as indicated below.

The parties submit the following Stipulated Schedule and Proposed Order regarding the same:

| CASE EVENT | CURRENT DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| Close of expert discovery: | August 25, 2023 | September 29, 2023 |
| Deadline for hearing dispositive motions: | September 23, 2023 | December 14, 2023 (ECF 60) |
| Pretrial conference statement: | November 22, 2023 | March 13, 2024 |
| Pretrial conference: | November 29, 2023 | March 20, 2024 |
| Trial: | January 8, 2024 | April 15, 2024 |

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated:  August 15, 2023   **THE LAW OFFICES OF JOHN L. BURRIS**

/s/Ben Nisenbaum
Ben Nisenbaum, Esq.
James Cook, Esq.
Attorneys for Plaintiffs
MARIA QUINTO-COLLINS and
ISABELLA COLLINS

Dated: August 15, 2023         **MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP**

/s/ Noah G. Blechman
Noah Blechman, Esq.
Attorney for Defendants
CITY OF ANTIOCH, et al.

## **ORDER**

The Parties shall adhere to the following new case schedule:

| **CASE EVENT** | **NEW DEADLINE** |
|---|---|
| Close of expert discovery: | September 29, 2023 |
| Deadline for hearing dispositive motions: | December 14, 2023 (ECF 60) |
| Pretrial conference statement: | March 13, 2024 |
| Pretrial conference: | March 20, 2024 |
| Trial: | April 15, 2024 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____          _____

Honorable District Judge Araceli Martinez-Olguin

STIPULATION AND ORDER TO MODIFY CASE SCHEDULE - C21-6094 AMO            3