**JOHN L. BURRIS, ESQ., SBN 69888**
**BENJAMIN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: Ben.Nisenbaum@johnburrislaw.com
Email: James.Cook@johnburrislaw.com

Attorneys for Plaintiffs,
MARIA QUINTO-COLLINS, ANDREI CARLOS QUINTO, and ISABELLA COLLINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA QUINTO-COLLINS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANTIOCH, et al.,<br><br>Defendants. | CASE NO.: 3:21-cv-06094-AMO<br><br>**DECLARATION OF BEN NISENBAUM IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>Time: 2:00 p.m.<br>Date: December 14, 2023<br>Dept.: Ctrm 10, 19th Floor<br>Judge: Araceli Martinez-Olguin |

I, Ben Nisenbaum, if called upon to testify will competently testify as follows:

1. I am an attorney at law licensed to practice before this Court. I am an attorney with the Law Offices of John L. Burris, attorneys of record for the Plaintiffs in the above-referenced matter. I have personal knowledge of the matters set forth below and if called upon to testify will competently testify thereto.

2. Attached hereto as **Exhibit A** are true and correct excerpts from the Deposition of Maria Quinto-Collins, pertaining to the matter.

3. Attached hereto as **Exhibit B** are true and correct excerpts from the Deposition of Isabella Collins, pertaining to this matter.

4. Attached hereto as **Exhibit C** is a true and correct copy of video footage of the subject-incident captured by Maria Quinto-Collins, pertaining to this matter, manually submitted.

5. Attached hereto as **Exhibit D** are true and correct excerpts from the Deposition of City of Antioch Police Officer Arturo Becerra, pertaining to this matter.

6. Attached hereto as **Exhibit E** are true and correct excerpts from the Deposition of City of Antioch Police Officer James Perkinson, pertaining to this matter.

7. Attached hereto as **Exhibit F** are true and correct excerpts from the Deposition of City of Antioch Police Officer Nicholas Shipilov, pertaining to this matter.

8. Attached hereto as **Exhibit G** are true and correct excerpts from the Deposition of City of Antioch Police Officer Daniel Hopwood, pertaining to this matter.

9. Attached hereto as **Exhibit H** are true and correct excerpts from the Deposition of Anders Clayton, pertaining to this matter.

10. Attached hereto as **Exhibit I** is a true and correct copy of the Contra Costa County Coroner's Report regarding the autopsy of Angelo Quinto by Dr. Ikechi Ogan, pertaining to this matter.

11. Attached hereto as **Exhibit J** are true and correct excerpts from the Coroner's Inquest, pertaining to this matter.

12. Attached hereto as **Exhibit K** is a true and correct copy of Dr. Bennet Omalu's independent autopsy report and findings, pertaining to this matter.

12. Attached hereto as **Exhibit L** is a true and correct copy of Dr. Bennett Omalu's Addendum Report #1, pertaining to this matter.

13. Attached hereto as **Exhibit M** are true and correct excerpts from the Deposition of Dr. Ikechi Ogan, pertaining to this matter.

12. Attached hereto as **Exhibit N** is a true and correct copy of Plaintiffs' expert toxicologist, Dr. Nikolas Lemos's, Rule 26 Report, pertaining to this matter.

13. Attached hereto as **Exhibit O** are true and correct excerpts from the Deposition of Dr. Neal Benowitz, pertaining to this matter.

14. Attached hereto as **Exhibit P** is a true and correct copy of Plaintiffs' Police Practices Expert John Ryan's Rule 26 Report, pertaining to this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21st day of August, 2023, in Oakland, California.

/s/ *Ben Nisenbaum*
Ben Nisenbaum

PROOF OF SERVICE

I, Cindy Cox, declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 7677 Oakport Street, Suite 1120, Oakland, CA 94621. I caused the foregoing:

- Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Cross Motion for Summary Judgment

to be served on the following parties in the following manner:

Mail [ ]     Overnight Mail [  ]     Personal Service [ ]     Email [X]

NOAH G. BLECHMAN
BRIANA J. WAITE
MCNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants CITY OF ANTIOCH, TAMMANY BROOKS, ARTURO BECERRA, JAMES PERKINSON, DANIEL HOPWOOD and NICHOLAS SHIPILOV

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration of service was executed in Oakland, California, on August 21, 2023.

Signed: /s/ *Okalani Luna*