# EXHIBIT L



**Bennet Omalu**
P A T H O L O G Y

Phone: 279-345-1300
Fax: 866-402-6875
bennetomalu@bennetomalu.com

Autopsy and Anatomic Pathology
Clinical Pathology and Toxicology
Forensic Pathology

Neuropathology
Epidemiology
Medico-Legal Consultations

Benjamin Nisenbaum, Esq.                                              May 18, 2023
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621

Dear Mr. Nisenbaum,

**Re:    Angelo Voit Hugo Quinto, Deceased**
**Addendum Medico-Legal Report**

Pursuant upon your request I have reviewed the following additional materials in the case of Angelo Voit Hugo Quinto, Deceased:
1.    Transcript of the deposition of Officer Arturo Becerra
2.    Transcript of the deposition of Officer Nicholas Shipilov
3.    Transcript of the deposition of Officer Daniel Hopwood
4.    Transcript of the deposition of Officer James Perkinson

Please refer to my original report on this case dated March 14, 2023 in which I have discussed and analyzed Mr. Quinto's mechanisms of sustenance of homicidal asphyxial brain injury from restraint asphyxiation induced and inflicted by the police.

The additional information revealed by these depositions further confirm my opinions and conclusions that Mr. Quinto died as a result of restraint asphyxiation.

Officer Becerra's application of compressive force against Mr. Quinto's back, while prone and handcuffed behind his back, as described by Officer Shipilov, over an extended, prolonged period of time[1], especially given Officer Becerra's exceptional strength[2], is exactly the kind of compressive force during restraint that asphyxiates and kills people. This is a primary and

---

[1] Officer Shipilov stated that he saw Officer Becerra forcefully compress Mr. Quinto's chest prone on the ground for at least 1.5 minutes to 2 minutes. Officer Shipilov did not know how long Officer Becerra had been compressing Mr. Quinto's chest prior to Officer Shipilov seeing him since Officer Becerra was already compressing Mr. Quinto's chest before Officer Shipilov saw him.

[2] Officer Becerra was 5'9" in height and weighed 200 pounds at the time of the incident. Officer Becerra did a lot of exercises including squats with a max on squats of 425 pounds. He didn't do clean and jerks but did cardio, ran, lifted dumbbells, bench press, and a lot of other things.  His max on bench press was about 350.

Angelo Voit Hugo Quinto, Deceased
Addendum Medico-Legal Report

Page 2 of 2

independent, forensically significant, and substantial factor in what asphyxiated Mr. Quinto. This compressive force caused the petechiae, some of which could be seen in the autopsy photos as Dr. Ogan testified in volume III of his deposition.

My opinions and conclusions as have been stated in my original report remain unchanged.

I have provided my opinions and conclusions with a reasonable degree of medical and scientific certainty.

I reserve the right to amend, supplement, revise and/or modify my opinions and report, up and to the time of trial, should additional information become available.

I, Bennet I. Omalu, swear under penalty of perjury that all of the foregoing facts are true and correct, and if called as a witness to testify under oath to the same would testify that said facts are true and correct.

Very truly yours,

Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP
Clinical Pathologist, Anatomic Pathologist, Forensic Pathologist, Neuropathologist, Epidemiologist
President and Medical Director, Bennet Omalu Pathology
Clinical Professor of Medical Pathology and Laboratory Medicine, University of California, Davis

