**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: Ben.Nisenbaum@johnburrislaw.com
Email: James.Cook@johnburrislaw.com

Attorneys for Plaintiffs,
MARIA QUINTO-COLLINS, ANDREI CARLOS QUINTO, and ISABELLA COLLINS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA QUINTO-COLLINS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANTIOCH, et al.,<br><br>Defendants. | CASE NO.: 3:21-cv-06094-AMO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Time: 2:00 p.m.<br>Date: December 14, 2023<br>Dept.: Courtroom 10, 19th Floor<br>Judge: Araceli Martinez-Olguin |

This matter came on regularly for hearing on December 14, 2023, before the Honorable Judge Araceli Martinez-Olguin, in Courtroom 10 of the above entitled court.

Upon reviewing and considering Plaintiffs' Cross Motion for Summary Judgment and hearing argument of the parties in the hearing on this matter, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1) Defendants' Motion for Summary Judgment is denied in its entirety.

2) Plaintiffs' Cross Motion for Summary Adjudication of issues regarding the *Graham* factors that are not in dispute and favor Plaintiffs is granted. That is, the undisputed evidence and the Defendants' admissions establish that: 1) the Defendant Officers violated Plaintiffs' constitutional rights by failing to place Angelo Quinto in a recovery position once he was successfully detained, handcuffed, and was nonresponsive to the Officers' questions; and 2) Angelo Quinto's death was caused by the Defendant Officers' conduct.

IT IS SO ORDERED.

Dated:

              _____
              Honorable Araceli Martinez-Olguin, Judge