1   NOAH G. BLECHMAN (State Bar No. 197167)
    noah.blechman@mcnamaralaw.com
2   BRIANA J. WAITE (State Bar No. 327887)
    Briana.Waite@mcnamaralaw.com
3   McNAMARA, AMBACHER, WHEELER,
    HIRSIG & GRAY LLP
4   3480 Buskirk Avenue, Suite 250
    Pleasant Hill, CA 94523
5   Telephone: (925) 939-5330
    Facsimile:  (925) 939-0203
6
    Attorneys for Defendants
7   CITY OF ANTIOCH, TAMMANY BROOKS, JAMES
    PERKINSON, ARTURO BECERRA, DANIEL HOPWOOD,
8   and NICHOLAS SHIPILOV

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12  MARIA CASSANDRA QUINTO-          Case No. 21-cv-6094 AMO
    COLLINS, individually and as successor-
13  in-interest to Decedent ANGELO      **STIPULATION AND ORDER TO**
    QUINTO; and ISABELLA COLLINS,       **MODIFY CASE SCHEDULE**
14  individually,
                                        **\*AS MODIFIED BY THE COURT\***
15            Plaintiffs,

16       vs.

17  CITY OF ANTIOCH, a municipal
    corporation; TAMMANY BROOKS,
18  individually; JAMES PERKINSON,
    individually and in his official capacity as a
19  police officer for the CITY OF ANTIOCH;
    ARTURO BECERRA, individually and in
20  his official capacity as a police officer for
    the CITY OF ANTIOCH; DANIEL
21  HOPWOOD, individually and in his
    official capacity as a police officer for the
22  CITY OF ANTIOCH; NICHOLAS
    SHIPILOV individually and in his official
23  capacity as a police officer for the CITY
    OF ANTIOCH; and DOES 5-50, inclusive,
24
              Defendants.
25

26       IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-

27  entitled actions, through their respective counsel, as follows:

28       1.   WHEREAS the Court issued a Docket Text entry (ECF 61) indicating that in light of

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

the new dispositive motion hearing date of December 14, 2023 (ECF 60), per the cross-motions, that the Court wanted the parties to meet and confer and prepare this stipulation and proposed order to set a new trial date and related pretrial date as well.

2.  WHEREAS additionally, the parties need additional time to complete expert discovery, which is ongoing, as there is an extensive amount of experts in this case, and request this extension as well since trial is expected to be moved to the spring of 2024 per this stipulation.

3.  WHEREAS the parties have met and conferred and have agreed upon the following scheduling changes and good cause exists to amend the operative scheduling order as indicated below.

The parties submit the following Stipulated Schedule and Proposed Order regarding the same:

| **CASE EVENT** | **CURRENT DEADLINE** | **NEW DEADLINE** |
|---|---|---|
| Close of expert discovery: | August 25, 2023 | September 29, 2023 |
| Deadline for hearing dispositive motions: | September 23, 2023 | December 14, 2023 (ECF 60) |
| Pretrial conference statement: | November 22, 2023 | March 13, 2024 |
| Pretrial conference: | November 29, 2023 | March 20, 2024 |
| Trial: | January 8, 2024 | April 15, 2024 |

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated:  August 22, 2023

**THE LAW OFFICES OF JOHN L. BURRIS**

/s/Ben Nisenbaum
Ben Nisenbaum, Esq.
James Cook, Esq.
Attorneys for Plaintiffs
MARIA QUINTO-COLLINS and
ISABELLA COLLINS

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

Dated: August 22, 2023

**MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP**


/s/ Noah G. Blechman
Noah Blechman, Esq.
Attorney for Defendants
CITY OF ANTIOCH, et al.

**ORDER *As Modified by the Court***

The Parties shall adhere to the following new case schedule, including the deadline to file Daubert motions. Each side is limited to three Daubert motions throughout the entire case absent leave of court. The deadlines previously set by the Court for dispositive motion briefing, ECF 60, are set forth below for convenience.

| CASE EVENT | NEW DEADLINE |
|---|---|
| Deadline for Defendants to file their initial moving dispositive motion and supporting evidence | August 3, 2023 (ECF 60) |
| Deadline for Plaintiff to file their combined opposition and cross-motion and supporting evidence | August 21, 2023 (ECF 60) |
| Deadline for parties to file Daubert motions | September 7, 2023 |
| Deadline for Defendants to file their combined opposition and reply and supporting evidence | September 7, 2023 (ECF 60) |
| Deadline for Plaintiffs to file their Reply Brief | September 14, 2023 (ECF 60) |
| Close of expert discovery: | September 29, 2023 |
| Deadline for hearing dispositive motions: | December 14, 2023 (ECF 60) |
| Pretrial conference statement: | March 13, 2024 |
| Pretrial conference: | ~~March 20, 2024~~ March 21, 2024 |
| Trial: | ~~April 15, 2024~~ April 16, 2024 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


DATED: ___August 23, 2023___

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330