**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email:  John.Burris@johnburrislaw.com
Email:  BNisenbaum@gmail.com
Email:  James.Cook@johnburrislaw.com

Attorneys for Plaintiffs
MARIA QUINTO-COLLINS, et al.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CASSANDRA QUINTO-COLLINS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ANTIOCH, et al., <br><br> Defendants. | Case No. 4:21-cv-06094-AMO <br><br> **DECLARATION OF BEN NISENBAUM IN SUPPORT OF PLAINTIFFS'** ***DAUBERT*** **MOTIONS** <br><br> **Time: 10:00 am** <br> **Date: December 14, 2023** <br> **Courtroom 10, 19th Floor** <br><br> **Hon. Araceli Martinez-Olguin** |

I, Ben Nisenbaum, hereby declare:

1. I am an attorney at law licensed to practice before this Court. I am an attorney with the Law Offices of John L. Burris, attorneys of record for Plaintiffs in the above-referenced matter. This Declaration is submitted in support of Plaintiffs' *Daubert* Motions.

2. A true and correct copy of the Contra Costa County Coroner's Report regarding the autopsy of Angelo Quinto by Dr. Ikechi Ogan is attached hereto as Exhibit A.

3. A true and correct copy of transcript excerpts from the Coroner's Inquest pertaining to this matter is attached hereto as Exhibit B.

4. A true and correct copy of transcript excerpts from the Deposition of Dr. Ikechi Ogan is attached hereto as Exhibit C.

5. A true and correct copy of the Rule 26 Report of Defendants' expert toxicologist, Dr. Neil Benowitz, is attached hereto as Exhibit D.

6. A true and correct copy of transcript excerpts from the Deposition of Dr. Neil Benowitz is attached hereto as Exhibit E.

7. A true and correct copy of the Rule 26 Report of Defendants' expert emergency physician and cardiologist, Dr. Gary Vilke, is attached hereto as Exhibit F.

8. A true and correct copy of transcript excerpts from the Deposition of Dr. Gary Vilke is attached hereto as Exhibit G.

9. A true and correct copy of the Rule 26 Report of Defendants' expert forensic pathologist, Dr. Joseph Cohen, is attached hereto as Exhibit H.

10. A true and correct copy of the Rule 26 Report of Defendants' police practices expert, Robert Fonzi, is attached hereto as Exhibit I.

11. A true and correct copy of Physicians for Human Rights' Report entitled "'Excited Delirium' and Deaths in Police Custody" is attached hereto as Exhibit J.

12. A true and correct copy of the abstract of a study conducted by Shaun D. Carstairs and others, entitled "A retrospective review of supratherapeutic modafinil exposures," is attached hereto as Exhibit K.

13. A true and correct copy of a second autopsy report, written by Dr. Bennet Omalu, who independently conducted a second autopsy of Angelo Quinto, is attached hereto as Exhibit L.

14. A true and correct copy of the Rule 26 Report of Plaintiffs' expert forensic pathologist, Dr. Bennet Omalu, is attached hereto as Exhibit M.

15. A true and correct copy of Addendum #1 to the Rule 26 Report of Plaintiffs' expert forensic pathologist, Dr. Bennet Omalu, is attached hereto as Exhibit N.

16. A true and correct copy of Addendum #2 to the Rule 26 Report of Plaintiffs' expert forensic pathologist, Dr. Bennet Omalu, is attached hereto as Exhibit O.

17. A true and correct copy of the Rule 26 Report of Plaintiffs' expert toxicologist, Dr. Nikolas Lemos, is attached hereto as Exhibit P.

18. A true and correct copy of transcript excerpts from the Deposition of Nicholas Shipilov is attached hereto as Exhibit Q.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct of my personal knowledge, except where stated on information and belief, and to those matters I am informed and believe them to be true. If called as a witness, I would competently testify to those matters stated herein.

Executed September 7, 2023 at Oakland, California.

/s/ *Ben Nisenbaum*
Ben Nisenbaum
Attorney for Plaintiffs