NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
BRIANA J. WAITE (State Bar No. 327887)
Briana.Waite@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF ANTIOCH, TAMMANY BROOKS, JAMES
PERKINSON, ARTURO BECERRA, DANIEL HOPWOOD,
and NICHOLAS SHIPILOV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CASSANDRA QUINTO-COLLINS, individually and as successor-in-interest to Decedent ANGELO QUINTO; and ISABELLA COLLINS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, a municipal corporation; TAMMANY BROOKS, individually; JAMES PERKINSON, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ARTURO BECERRA, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; DANIEL HOPWOOD, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; NICHOLAS SHIPILOV individually and in his official capacity as a police officer for the CITY OF ANTIOCH; and DOES 5-50, inclusive,<br><br>Defendants. | Case No. C21-6094 AMO<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS'** ***DAUBERT*** **MOTIONS** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled actions, through their respective counsel, as follows:

1. WHEREAS the Plaintiffs have filed three *Daubert* motions (ECF 70 et seq.) which are

STIPULATION AND ORDER TO MODIFY BRIEFING
SCHEDULE - C21-6094 AMO

set for hearing on December 14, 2023, the same date as the hearing on the dispositive motions pending with Your Honor. The opposition would be due September 21, 2023.

2. WHEREAS the undersigned lead counsel is set to be getting married this week and, therefore, we need additional time to respond to these three extensive *Daubert* motions, which are also extremely voluminous.

3. WHEREAS the parties have met and conferred and Plaintiffs have agreed to this modified briefing schedule. Due to the hearing date in December, there is room in the schedule here for this modified briefing schedule. This will not impact the Pretrial or Trial dates.

4. WHEREAS the parties submit the following Amended Briefing Schedule and Proposed Order regarding the same:

| **CASE EVENT** | **CURRENT DEADLINE** | **PROPOSED NEW DEADLINE** |
|---|---|---|
| Opposition to *Daubert* motions | September 21, 2023 | October 12, 2023 |
| Reply for *Daubert* motions | September 28, 2023 | October 26, 2023 |
| Hearing on Dispositive Motions and *Daubert* motions | December 14, 2023 | NO CHANGE |

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: September 18, 2023         **THE LAW OFFICES OF JOHN L. BURRIS**

/s/Ben Nisenbaum
Ben Nisenbaum, Esq.
James Cook, Esq.
Attorneys for Plaintiffs
MARIA QUINTO-COLLINS and
ISABELLA COLLINS

Dated: September 18, 2023                    **MCNAMARA, AMBACHER, WHEELER,
                                              HIRSIG & GRAY LLP**

                                              /s/ Noah G. Blechman
                                              Noah Blechman, Esq.
                                              Attorney for Defendants
                                              CITY OF ANTIOCH, et al.

## ORDER

The Parties shall adhere to the following new case briefing schedule:

| CASE EVENT | CURRENT DEADLINE | PROPOSED NEW DEADLINE |
| --- | --- | --- |
| Opposition to *Daubert* motions | September 21, 2023 | October 12, 2023 |
| Reply for *Daubert* motions | September 28, 2023 | October 26, 2023 |
| Hearing on Dispositive Motions and *Daubert* motions | December 14, 2023 | NO CHANGE |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: September 19, 2023                    _____
                                              **ARACELI MARTÍNEZ-OLGUÍN**
                                              **United States District Judge**

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

STIPULATION AND ORDER TO MODIFY BRIEFING    3
SCHEDULE - C21-6094 AMO