NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
MCNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF ANTIOCH, TAMMANY BROOKS, JAMES
PERKINSON, ARTURO BECERRA, DANIEL HOPWOOD,
and NICHOLAS SHIPILOV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CASSANDRA QUINTO-COLLINS, individually and as successor-in-interest to Decedent ANGELO QUINTO; and ISABELLA COLLINS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, a municipal corporation; TAMMANY BROOKS, individually; JAMES PERKINSON, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ARTURO BECERRA, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; DANIEL HOPWOOD, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; NICHOLAS SHIPILOV individually and in his official capacity as a police officer for the CITY OF ANTIOCH; and DOES 5-50, inclusive,<br><br>Defendants. | Case No. C21-6094 AMO<br><br>**STIPULATION REGARDING SETTLEMENT AND STATUS OF FINALIZATION** |

PLEASE TAKE NOTICE that Plaintiffs and Defendants, by and through their respective attorneys of record, hereby stipulate to the following information and provide the following update to the Court as well per below.

1) This matter has resolved and the Settlement Agreement has been signed by all necessary

individuals.

2) Recently, the Ninth Circuit appeal of Defendants and Cross-Appeal of Plaintiffs has been dismissed, in light of this settlement, so the District Court and Your Honor has jurisdiction yet again in this case.

3) The next step in finalizing the settlement will be issuance of the settlement proceeds to Plaintiffs and then a dismissal, with prejudice, in this matter, to be filed via stipulation and proposed order, which is likely to be filed by the end of June, if not sooner.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: May 24, 2024          **THE LAW OFFICES OF JOHN L. BURRIS**

/s/Ben Nisenbaum
Ben Nisenbaum, Esq. / James Cook, Esq.
Attorneys for Plaintiffs
MARIA QUINTO-COLLINS and
ISABELLA COLLINS

Dated: May 24, 2024          **MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP**

/s/ Noah G. Blechman
Noah Blechman, Esq.
Attorney for Defendants
CITY OF ANTIOCH, et al.